IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY FLORENCE, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br>  -against-<br><br>DELI MANAGEMENT, INC., d/b/a JASON'S DELI,<br><br>                  Defendant. | Case No. 1:18-cv-4303-SCJ |

## ORDER

This matter appears before the Court on the Joint Motion for Extension of Discovery Period. Doc. No. [66]. The motion is **GRANTED**. Accordingly, the deadlines in the Court's Order (Doc. Nos. [30, 37, and 40]) are modified as follows: the ninety (90) day decertification discovery period set by the Court will commence ten (10) days after either (i) the conclusion of the forty-five (45) day opt-in period requested by Plaintiff's

-2-

Motion for Expedited Consideration of Conditional Certification and Court-authorized Notice to the South Region [Doc. 60], if that Motion is granted; or (ii) the date of an Order denying that Motion.

**IT IS SO ORDERED**, this 18th day of June, 2019.

        s/Steve C. Jones
        Hon. Steve C. Jones
        Judge, United States District Court